Glenn C. Nunes, Esq. SBN 210453
Anthony J. Nunes, Esq. SBN 290224
NUNES LAW GROUP, APC
2425 Olympic Blvd., Suite 4000-W
Santa Monica, California 90404
Telephone:  (424) 252-4240
Facsimile:  (424) 252-4301
Attorneys for Plaintiffs WILLIAM TURPIN, JESUS FLORES, PAUL EDWARDS,
BRANDON SMITH, CHRISTOPHER SMITH, MICHAEL BENEDICT, MICHAEL
SWADLEY, FRANK PORTILLO, and JORGE SOLIS

Christopher C. Hoffman (SBN 176334)
choffman@laborlawyers.com
FISHER & PHILLIPS LLP
4747 Executive Drive, Suite 1000
San Diego, California  92121
Telephone:  (858)597-9600
Facsimile:  (858)597-9601
Attorneys for Defendant AN SAN JOSE LUXURY IMPORTS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TURPIN, JESUS FLORES, PAUL EDWARDS, BRANDON SMITH, CHRISTOPHER SMITH, MICHAEL BENEDICT, MICHAEL SWADLEY, FRANK PORTILLO, and JORGE SOLIS,<br><br>Plaintiff,<br><br>vs.<br><br>AUTONATION, INC., a Florida corporation, dba AN SAN JOSE LUXURY IMPORTS, INC., AUTONATION MERCEDES-BENZ OF STEVENS CREEK, | Case No.  5:15-CV-02867<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL, PURSUANT TO F.R.C.P. RULE 41(a)** |

1

FPDOCS 30869780.1

1  AUTONATION VOLVO SAN JOSE,
2  AUTONATION VOLVO IRVINE,
   POWER VOLVO OF IRVINE,
3  SMYTHE EUROPEAN, SMYTHE
   VOLVO, and DOES 1 through 200,
4
5       Defendants.

6

7                    **[~~PROPOSED~~] ORDER**

8
9       IT IS ORDERED:

10      1.      Plaintiffs' claims on behalf of themselves are DISMISSED WITH

11  PREJUDICE, each side to bear its own costs and attorneys' fees; and

12      2.      Plaintiffs' claims on behalf of the class proposed by Plaintiffs are
13
14  DISMISSED WITHOUT PREJUDICE, each side to bear its own costs and attorneys'

15  fees.

16

17  DATED:  __August 5, 2015__                    _____

18                                               Honorable Nathanael Cousins
                                                 United States Magistrate Judge
19
20
21
22
23
24
25
26
27
28



[~~PROPOSED~~] ORDER

FPDOCS 30869780.1